AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Abdoul Aziz JALLOH<br><br>_Defendant(s)_ | ) ) ) Case No: 25-507 PO<br>) )<br>) ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>April 23, 2025</u> in the county of <u>Otero</u> in the <u>State and</u> District of <u>New Mexico</u>, the defendant violated <u>8</u> U.S.C. §<u>1304(e)(Failure to Carry Alien Registration)</u>, an offense described as follows:

Failure to carry and have in his/her personal possession a certificate of alien registration or alien registration receipt card issued to him/her pursuant to Section 264(d) of the Immigration and Nationality Act,

This criminal complaint is based on these facts:
On April 23, 2025, Agents were conducting immigration inspections at the U.S. Border Patrol checkpoint on Highway 70, located west of Alamogordo, NM when the defendant entered the primary inspection as a front seat passenger in the vehicle. When the defendant (who is over the age of 18), was asked about his citizenship status, he stated he was a citizen of Sierra Leone and a legal permanent resident of the U.S. When asked for his permanent resident card (I-551), he did not have his card in his possession and stated that he did not have to carry it because he was in the United States.

☐ Continued on the attached sheet.

_Complainant's signature_

Santini Revels, Agent
_Printed name and title_

Sworn to before me and signed in my presence. [VIA PHONE]

Date: April 25, 2025

_Judge's signature_

City and state: Las Cruces, N.M.

Gregory J. Fouratt, U.S. Magistrate Judge
_Printed name and title_